5:25-cv-0702

Cordell D. Wilder Jr #755139
670 Bell Hill Rd
Homer, LA 71040

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 2 0 2025
DANIEL J. McCOY, CLERK
BY: mda

United state Courthouse
C/O Tony R. moore, Clerk
300, Fannin St. suite 1167
Shreveport, LA 71101-3083

Hello.

I am a inmate who is currently housed at David Wade Correctional center. I was assoalted with a excessive amount of chemical agent by Officials Lt. Richard Rogers and Major Mattew Elmore on April 4 2025 @ DWCC. The Administration has yet to accept or Reject my ARP. I cannot continue the process of filing if they fail to acknowledge I Believe Sarah Nalitt may have destroyed the A.R.P to prevent investigation.

I Filed A A.R.P In regards to protective custody Concerns. she Sarah Nalitt refused/rejected my A.R.P for No reason that ~~was~~ Is logical/reasonable.

I Fear For my life. I am still amongs the Two Officials major Elmore and Lt. Rogers. I assualted Allegelly major Elmore and he works around me every day. I will like "protection" From both officials.

C. Wilder Jr #755139

I would like a case Number. And a order For the Warden Michelle Dzuzat to Honor her commitment to serve and protect. im sore she does not Know abot this incident. please Notify her. I will Contact my Family and inform her. I sent thisout.

Contact 937-520-6577. (my Aunt Kim) let her Know What need to be done. I need protection. im scared!!

God Bless Thanks.