*Emergency*
Administrative Remecy Procedure

Inmate info Cordell D. Wilder, Jr. 755139
David Wade Correctional Center
670 Bell Hill Rd / N4B15
Homer, Louisiana 71040

Time Mailed.
May. 2025 @11:34pm

Describe Nature of Complaint:

DWCC prison officials Lieutenant Richard Rogers subjected me to cruel and unusual punishment (and/or corporeal punishment) by the use of excessive Force in Violation of the Eight and Fourteenth amendment to the United states Constitution. see: La: R.S.15:829

On April 4th 2025 @ approx 9:00-10:00am, Lieutenant R. Rogers and I had a dispute about me talking too loud on the tier, at which time he told me to come to the Cell bars to be restrained Althought I complied by allowing Lt. Richard Rogers to place me in handcuffs; evertheless, Lt. Richard Rogers and Major Mattew Elmore administered their Chemical agent even though I posed No immediate threat and was behind cell bars which is a form of restraint hindering me From Causing harm to another on the otherside. (See Also: Mattew Elmore U.O.R. on above Date.)

Lt. Richard Rogers body Camera on the above day Will confirm the Undocumented event, The ranking prison officials have assigned Body Cameras to protect themselves and the subjects they have in Custody. These issued out Body Cameras have a 24 Hour Surveillance feature that enables the Authority to go back and View the incident that took place or what not, ive noticed most officers at David Wade Correctional Center fail to uphold policy by allowing their body Camera to be turned-off (deactivated), during Unit events.

Be advised me and Lt. Richard Rogers had a incident on 2/7/25 @ 10:35am Where he administered his chemical agent for flooding my cell for attention and need of assitance that has been ignored. Lt. Richard Rogers is enforcing his authoritive powers to administre his chemical agent Unprofessionally.

Ive filed a previous A.R.P on Regards to a protective custody request that has been ignored. I feel my life is in danger. I Also believe Lt. R. Richard Rogers is targeting me for the administration staff for my Continuence of Filing and having my family Call David Wade staff. for Removing me off CCR/PRotective custody.

Lt. Richard Rogers fail to report and file a Disciplinary Report on April 4. 2025 about him administering chemical Agent, while his body Camera was Activated "Green-light sensor". However, He acted unjustifiably by "spraying" me with chemical agent with handcuffs behind bars. like I ~~was~~ am a Anima.

Major Mattew Elmore also "sprayed" me with Chemical Agent on April 4th 2023 On his assigned body Camera will show that he administered a excessive amount of chemical agent into my cell (N4B4) (See: assigned can We by Major Elmore on above date. He Used the Big can that is properly sto Lt. R. Rogers Used this assigned "Can of spray". See: Weight of chemical agen

Major. Mattew Elmore Filed a disciplinary Report in which he stated th he sprayed me with Chemical Agent Twice. Major. Elmore Did not Use chemical Agent on me Twice his body Camera will Testify and con he falsified documentation. Both of these officers are in violation of Criminal Acts of: Malfeasance in Office LSA-R.S. 14:134 and assault Official misconduct: major Elmore should be charged with (Falsifying documents); Malfeasance.

Lt. Richard Rogers and major. Mattew Elmore Use of excessive Force Constitute cruel and unusual punishment (corporeal punishment) in Violation of the 8th and 14th Amendment also R.S. 15:829

I Fear of Retaliation, harassment and more Excessive Force. To prevent such acts I Request to be placed on protective custody and seperated from both officials during investigation process. Also remain in Camera cell where I currently ~~was~~ removed today may 1 2025. Until I have a Change of custody or transfer.

I would also like to speak to investigations on a recorded Device Failing to assist me in such request will be a violation of Malfeasance in office

Specific Relief Desired!

Injunctive Relief - Terminate both officials of their Official Respond-sabilities. And to be transferred away from the "Unit" of David Wade Correctional Center to a more safe and protected enviorment.

Monetary Relief - Compensary damages in the amount of $50,000 and Punitive damages in the amount of $150,000 From each official individual and In their official Capacities.

Respectfully Submitted
Cordell D Wilder

Cordell D. Willder JR
#755139
670 Bell Hill Rd
Homer, LA 71040

*P.S. This is The 3rd time I done sent this to DWCC. Sarah Nulitt. The Warden's Designee. She Fail to Accept or Reject this ARP Request.